IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GOD, FAMILY & COUNTRY LLC, | ) | |
| | ) | Judge: |
| Plaintiff, | ) | |
| | ) | Magistrate Judge: |
| v. | ) | |
| | ) | Case No.: |
| MARCREST MANUFACTURING, INC., | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff God, Family & Country, LLC, furnishes the following in compliance with Rule 11.3 of this court.

1. Undersigned counsel represents Plaintiff God, Family & Country, LLC.

2. God, Family & Country, LLC, has no parent company.

3. God, Family & Country, LLC, is not aware of any publicly-held corporation that owns more than 10% of God, Family & Country, LLC's stock.

4. God, Family & Country, LLC expects that attorneys from Wildman, Harrold, Allen & Dixon, LLC as well as from Hepler, Broom, MacDonald, Hebrank, True, and Noce, LLC will appear on its behalf.

Respectfully submitted,

*s/ Stephen R. Kaufmann*
Stephen R. Kaufmann # 03126728
HEPLER, BROOM, MacDONALD,
HEBRANK, TRUE & NOCE, LLC
400 S. Ninth St., Suite 100
Springfield, Illinois  62701
(217) 528-3674
Fax: (217) 528-3964


John S. Letchinger    # 6207361    (LEAD COUNSEL)
Thomas E. Hill    # 3126682
William F. Ward    # 6276873
Wildman, Harrold, Allen & Dixon, LLC
225 West Wacker Drive, 29th Floor
Chicago, IL  60606-1229
(312) 201-2026
Fax:  (312) 416-4851

Attorneys for God, Family & Country, LLC