IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GOD, FAMILY & COUNTRY LLC, ) | |
| ) | Judge: |
| Plaintiff, ) | |
| ) | Magistrate Judge: |
| v. ) | |
| ) | |
| MARCREST MANUFACTURING, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes Now STEPHEN R. KAUFMANN, pursuant to Local Rule 85.3(F) of the United States District Court for the Eastern District of Illinois, and moves this Court to allow Movant, THOMAS E. HILL, to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Plaintiff God, Family & Country, LLC, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois.

2. That movant is a member of good standing in the Bar as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Central District of Illinois.

_s/ Thomas E. Hill_
Signature of Movant

                         Respectfully submitted,

                         *s/ Stephen R. Kaufmann*
                         Stephen R. Kaufmann # 03126728
                         HEPLER, BROOM, MacDONALD,
                         HEBRANK, TRUE & NOCE, LLC
                         400 S. Ninth St., Suite 100
                         Springfield, Illinois   62701
                         (217) 528-3674
                         Fax: (217) 528-3964

John S. Letchinger     # 6207361     (LEAD COUNSEL)
Thomas E. Hill         # 3126682
William F. Ward        # 6276873
Wildman, Harrold, Allen & Dixon, LLC
225 West Wacker Drive, 29th Floor
Chicago, IL  60606-1229
(312) 201-2026
Fax: (312) 416-4851

Attorneys for God, Family & Country, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GOD, FAMILY & COUNTRY LLC, ) | |
| ) | Judge: |
| Plaintiff, ) | |
| ) | Magistrate Judge: |
| v. ) | |
| ) | |
| MARCREST MANUFACTURING, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

IT IS ORDERED that, the fee having been paid, Thomas E. Hill, Wildman, Harrold, Allen & Dixon, LLC, 225 West Wacker Drive, 29th Floor, Chicago, IL 60606-1229, Telephone: (312) 201-2026, Facsimile: (312) 416-4851, is admitted to practice pro hac vice (for this case only) before the United States District Court for Central District of Illinois, as attorney for: Plaintiff God, Family & Country, LLC

Dated: _____

BY ORDER OF COURT:

BY: _____
Deputy Clerk