IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GOD, FAMILY & COUNTRY LLC, ) | |
| ) | Case No. : 08-CV-3140 |
| Plaintiffs, ) | |
| ) | |
| v. ) | District Judge Jeanne E. Scott |
| ) | |
| MARCREST MANUFACTURING, INC., ) | |
| ) | Magistrate Judge Byron G. Cudmore |
| Defendant. ) | |

## NOTICE OF FILING

Plaintiff God, Family & Country LLC, by and through its attorneys, hereby gives notice of filing the original Proof of Service verifying that service was made on July 17, 2008 upon Defendant Marcrest Manufacturing, Inc. c/o Mark Horst with the Summons and Complaint.

Respectfully submitted,

___s/ Stephen R. Kaufmann_____
Stephen R. Kaufmann, # 03126728
HEPLER, BROOM, MacDONALD,
HEBRANK, TRUE & NOCE, LLC
400 S. Ninth St., Suite 100
Springfield, Illinois   62701
(217) 528-3674
Fax: (217) 528-3964

John S. Letchinger     # 6207361     (LEAD COUNSEL)
Thomas E. Hill         # 3126682
William F. Ward        # 6276873
Wildman, Harrold, Allen & Dixon, LLC
225 West Wacker Drive, 29th Floor
Chicago, IL  60606-1229
(312) 201-2026
Fax:  (312) 416-4851
Attorneys for God, Family & Country LLC

AO 440 (Rev. 04/08) Civil Summons (Page 2)

Proof of Service

MARCREST MANUFACTURING INC
45010 CARDIFF ROAD
RR#1 ETHEL, ONTARIO
CANADA

I declare under penalty of perjury that I served the summons and complaint in this case on _____
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
MARK HORST _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 17 JULY 2008

S. Hall
Server's signature

SYD HALL. PROCESS SERVER.
Printed name and title

GODERICH. ONTARIO. CANADA.
Server's address

SWORN BEFORE ME IN THE
TOWN OF GODERICH, IN THE
COUNTY OF HURON, PROVINCE
OF ONTARIO, CANADA
THIS 25 DAY OF JULY 2008.

TIMOTHY G. MACDONALD
NOTARY PUBLIC