IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GOD, FAMILY & COUNTRY LLC, ) | |
| ) | Case No. : 08-CV-3140 |
| Plaintiffs, ) | |
| ) | |
| v. ) | District Judge Jeanne E. Scott |
| ) | |
| MARCREST MANUFACTURING, INC., ) | |
| ) | Magistrate Judge Byron G. Cudmore |
| Defendant. ) | |

## NOTICE OF EXTENSION TO FILE RESPONSIVE PLEADING

Plaintiff God, Family & Country LLC, by and through its attorneys, hereby notifies the Court that it has granted to Defendant and its counsel a fourteen day extension of time in which to file a responsive pleading to the Complaint, with which Defendant was served on July 17, 2008. Defendant's responsive pleading is due on or before August 20, 2008.

Respectfully submitted,

___s/ Stephen R. Kaufmann_____
Stephen R. Kaufmann, # 03126728
HEPLER, BROOM, MacDONALD,
HEBRANK, TRUE & NOCE, LLC
400 S. Ninth St., Suite 100
Springfield, Illinois 62701
(217) 528-3674
Fax: (217) 528-3964

John S. Letchinger    # 6207361    (LEAD COUNSEL)
Thomas E. Hill    # 3126682
William F. Ward    # 6276873
Wildman, Harrold, Allen & Dixon, LLC
225 West Wacker Drive, 29th Floor
Chicago, IL 60606-1229
(312) 201-2026
Fax: (312) 416-4851
Attorneys for God, Family & Country LLC

2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed on this 6th day of August, 2008, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John E. Carlson  jcarlson@cgolaw.com

                                                __/s/ Stephen R. Kaufmann_